UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 2 4 2007
JAN 24, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): TIMEBASE PTY LTD.**

County of Residence: N/A

Country: Australia

**Defendant(s): THE THOMSON CORPORATION**

County of Residence:

Defendant's Attorneys:

---

II. **Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

III. **Citizenship of Principal Parties** (Diversity Cases Only)

   Plaintiff: - N/A
   Defendant: - N/A

07CV460
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

IV. **Origin:** 1. Original Proceeding

V. **Nature of Suit:** 830 Patent

VI. **Cause of Action:** Patent Infringement 35 U.S.C. Section 271

VII. **Requested in Complaint**
   Class Action: No
   Dollar Demand:
   Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: [signature]
Date: January 24, 2007

Dockets.Justia.com