Timebase Pty Ltd. v. The Thomson Corporation    Doc. 3
Case 1:07-cv-00460    Document 3    Filed 01/24/2007    Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

**New Medium LLC and AV Technologies**

v.

**Barco N.V. and Miranda Technologies**

Case Number:

FILED
JAN 2 4 2007
JAN 24, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**Plaintiffs**

### (A)
- SIGNATURE: [signed]
- NAME: Joseph N. Hosteny
- FIRM: Niro, Scavone, Haller & Niro
- STREET ADDRESS: 181 W. Madison, Suite 4600
- CITY/STATE/ZIP: Chicago, IL 60602-4515
- TELEPHONE NUMBER: 312-236-0733
- FAX NUMBER: 312-236-3137
- E-MAIL ADDRESS: jhosteny@hosteny.com
- IDENTIFICATION NUMBER: 1266160
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐

### (B)
- SIGNATURE: [signed]
- NAME: Arthur A. Gasey
- FIRM: (Same)
- STREET ADDRESS:
- CITY/STATE/ZIP:
- TELEPHONE NUMBER: (Same)
- FAX NUMBER: (Same)
- E-MAIL ADDRESS: gasey@nshn.com
- IDENTIFICATION NUMBER: 6210605
- MEMBER OF TRIAL BAR? YES ☐ NO ☒
- TRIAL ATTORNEY? YES ☒ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒

### (C)
(blank)

### (D)
07CV460
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

Dockets.Justia.com