Timebase Pty Ltd. v. The Thomson Corporation    Doc. 6
Case 1:07-cv-00460    Document 6    Filed 01/24/2007    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**
JAN 2 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | 07CV460 |
| Plaintiff, | ) ) | JUDGE LINDBERG |
| vs. | ) ) | MAGISTRATE JUDGE COLE |
| THE THOMSON CORPORATION, | ) ) | |
| Defendant. | ) ) | JURY TRIAL DEMANDED |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. §290:

1. Name and address of plaintiff:

    - TimeBase Pty Ltd., Level 1, 362 Kent Street, Sydney, NSW 2000, Australia.

2. Names and addresses of defendant:

    - The Thomson Corporation, Toronto Dominion Bank tower, Suite 2706, P. O. Box 24, Toronto-Dominion Centre, Toronto, Ontario M5K 1A1, Canada.

3. Name of Inventor: Christoph Schnelle, Abha Lessing, and Peter Mariani.

4. Patent Numbers Involved: U.S. Patent No. 6,233,592 B1.

Respectfully submitted,

*[signature]*

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Attorneys for TimeBase Pty Ltd.