**AO 121 (6/90)**

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| **DOCKET**<br>07cv460 | **DATE FILED**<br>1/24/2007 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **PLAINTIFF**<br>Timebase Pty Ltd. | | **DEFENDANT**<br>The Thomson Corporation |
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** |
| 6,233,592 B1 | | Christoph Schnelle, Abha Lessing, and Peter Mariani |
| | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[  ] Amendment    [  ] Answer    [  ] Cross Bill    [  ] Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENT** |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| Michael W. Dobbins | Tiana Davis | 1/25/2007 |
| | | |

Dockets.Justia.com