IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br><br> Defendant. | Civil No. 07-460 <br> Judge Lindberg <br> Magistrate Judge Cole <br><br> DECLARATION OF CHAD DROWN |

I, Chad Drown, declare as follows:

1.    I am an attorney at Faegre & Benson LLP in Minneapolis, Minnesota. I am one of the lawyers representing defendant The Thomson Corporation in connection with the above action. This declaration is made in support of The Thomson Corporation's Motion to Transfer Venue to the District of Minnesota, and is made on my personal knowledge and belief.

2.    I have attached to this declaration true and correct copies of the following documents:

**EXHIBIT 1:**    Federal Court Management Statistics: Judicial Caseload Profile for the United States District Courts for the District of Minnesota and Northern District of Illinois

**EXHIBIT 2:**    Facsimile Letter dated February 8, 2007, from Gwendolyn Coleman, Technical Information Specialist at the Administrative Office of the United States Courts

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 9th day of February 2007 in Minneapolis, Minnesota.

*s/ Chad Drown*

_____
Chad Drown

fb.us.1821062.01

# EXHIBIT 1

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **MINNESOTA** | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 5,320 | 3,752 | 6,163 | 7,190 | 4,718 | 2,730 | U.S. | Circuit |
| | Terminations | | 7,375 | 4,521 | 4,790 | 4,021 | 2,876 | 2,754 | | |
| | Pending | | 5,787 | 7,842 | 8,605 | 7,202 | 4,031 | 2,195 | | |
| | % Change in Total Filings | Over Last Year | | 41.8 | | | | | 3 | 1 |
| | | Over Earlier Years | | | -13.7 | -26.0 | 12.8 | 94.9 | 3 | 1 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months** | | | 6.8 | 4.0 | .0 | .0 | 4.1 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 759 | 536 | 880 | 1,028 | 674 | 390 | 4 | 1 |
| | | Civil | 673 | 459 | 800 | 962 | 614 | 344 | 4 | 1 |
| | | Criminal Felony | 55 | 55 | 62 | 54 | 47 | 46 | 67 | 10 |
| | | Supervised Release Hearings** | 31 | 22 | 18 | 12 | 13 | - | 24 | 5 |
| | Pending Cases | | 827 | 1,120 | 1,229 | 1,029 | 576 | 314 | 6 | 2 |
| | Weighted Filings** | | 685 | 567 | 679 | 632 | 597 | 478 | 2 | 1 |
| | Terminations | | 1,054 | 646 | 684 | 574 | 411 | 393 | 3 | 1 |
| | Trials Completed | | 12 | 16 | 16 | 12 | 14 | 12 | 79 | 10 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.8 | 10.4 | 8.9 | 7.9 | 8.4 | 7.5 | 61 | 6 |
| | | Civil** | 23.8 | 7.5 | 6.6 | 6.5 | 7.1 | 8.9 | 93 | 10 |
| | From Filing to Trial** (Civil Only) | | 26.4 | 23.0 | 22.0 | 24.5 | 26.0 | 20.7 | 51 | 8 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 936 | 1,059 | 75 | 27 | 50 | 53 | | |
| | | Percentage | 17.2 | 14.2 | .9 | .4 | 1.3 | 2.7 | 87 | 10 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.4 | 1.5 | 1.4 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 43.49 | 42.87 | 46.47 | 47.85 | 39.62 | 35.94 | | |
| | | Percent Not Selected or Challenged | 29.6 | 30.5 | 28.3 | 40.6 | 31.1 | 35.3 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4714 | 78 | 2104 | 479 | 45 | 13 | 358 | 340 | 544 | 164 | 354 | 5 | 230 |
| Criminal* | 386 | 14 | 169 | 19 | 58 | 46 | 30 | 11 | 7 | 2 | 4 | 8 | 18 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | 10,957 | | |
| | Terminations | | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | 10,319 | | |
| | Pending | | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | 8,271 | | |
| | % Change in Total Filings | Over Last Year | -10.6 | | | | | | 78 | 6 |
| | | Over Earlier Years | | -23.5 | -27.3 | -27.3 | -26.1 | | 92 | 7 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | 3.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 367 | 412 | 481 | 505 | 506 | 498 | 66 | 5 |
| | | Civil | 330 | 369 | 437 | 461 | 459 | 470 | 46 | 4 |
| | | Criminal Felony | 26 | 34 | 32 | 38 | 39 | 28 | 90 | 7 |
| | | Supervised Release Hearings** | 11 | 9 | 12 | 6 | 8 | - | 78 | 6 |
| | Pending Cases | | 351 | 360 | 350 | 395 | 390 | 376 | 61 | 4 |
| | Weighted Filings** | | 443 | 485 | 512 | 526 | 525 | 503 | 43 | 4 |
| | Terminations | | 375 | 400 | 521 | 495 | 487 | 469 | 66 | 5 |
| | Trials Completed | | 11 | 13 | 12 | 12 | 14 | 15 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 9.9 | 87 | 7 |
| | | Civil** | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 5.6 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 26.3 | 51 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 500 | 388 | 337 | 442 | 461 | 485 | | |
| | | Percentage | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 6.4 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | 39.43 | | |
| | | Percent Not Selected or Challenged | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | 36.7 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7265 | 112 | 175 | 631 | 42 | 110 | 1401 | 977 | 565 | 496 | 1490 | 39 | 1227 |
| Criminal* | 576 | 1 | 161 | 44 | 63 | 140 | 60 | 23 | 12 | 17 | 5 | 18 | 32 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT 2



# Fax

ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS

WASHINGTON, D.C. 20544

**Name:** Elizabeth Wright
**Organization:**
**Fax:** 612-766-1600
**Phone:**
**From:** Gwendolyn Coleman, Technical Information Specialist
**Phone:** (202) 502-1455
**Fax:** (202) 502-1611
**E-mail:** SD_Information@ao.uscourts.gov
**Date:** 2/8/07
**Subject:**
**Pages:**

Comments:

Minnesota's median time jumped from 7.5 in 2005 to 23.8 in 2006 due to large numbers of terminations of Baycol (anticholesterol drugs) transferred from Pennsylvania, Eastern and other U.S. district courts. These cases began being transferred to Minnesota in 2003.

Have a pleasant day!