**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 9th day of February 2007, I electronically filed the foregoing **DEFENDANT THE THOMSON CORPORATION'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA AND FOR A MORE DEFINITE STATEMENT, DECLARATION OF CHAD DROWN, DECLARATION OF ANDREW MARTENS** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

>Joseph N. Hosteny
>Arthur A. Gasey
>Niro, Scavone, Haller & Niro
>181 West Madison, Suite 4600
>Chicago, Illinois 60602

        /s/ Barry F. Irwin_____