IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br><br> Defendant. | **Civil No. 07-460** <br> **Judge Lindberg** <br> **Magistrate Judge Cole** |

NOTICE OF MOTION

TO:    Joseph N. Hosteny
         Arthur A. Gasey
         Niro, Scavone, Haller & Niro
         181 West Madison, Suite 4600
         Chicago, Illinois 60602.

**PLEASE TAKE NOTICE** that The Thomson Corporation will appear in the United States District Court for the Northern District of Illinois before the Honorable George W. Lindberg on February 14, 2007, at 9:30 AM at 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 1425, to request an order in accordance with the instant Motion to Transfer Venue to the District of Minnesota and for a More Definite Statement.

Dated: February 9, 2007 Respectfully Submitted,

*s/ Barry F. Irwin*
Barry F. Irwin, P.C. #6211213
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Fax: (312) 861-2200

FAEGRE & BENSON LLP
David J.F. Gross, (*pro hac vice* pending)
Calvin L. Litsey, (*pro hac vice* pending)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

*Attorneys For Defendant, The Thomson Corporation*