**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 9th day of February 2007, I electronically filed the foregoing **NOTICE OF DEFENDANT THE THOMSON CORPORATION'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA AND FOR A MORE DEFINITE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

> Joseph N. Hosteny
> Arthur A. Gasey
> Niro, Scavone, Haller & Niro
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602

                                                 /s/ Barry F. Irwin