## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Timebase Pty Ltd.
                               Plaintiff,

v.                                                                                         Case No.: 1:07−cv−00460
                                                         Honorable George W. Lindberg

Thomson Corporation, The
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2007:

       MINUTE entry before Judge George W. Lindberg : Defendant's motion to transfer venue to the district of Minnesota and for a more definite statement [10] is entered and continued. Plaintiff's written response to the motion is due 2/26/07. Reply due 3/5/07. In court ruling on 4/4/07 at 9:30 a.m. No appearance required on 2/14/07 at 9:30 a.mMailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.