AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

TIMEBASE PTY LTD.,

                Plaintiff,

                v.

THE THOMSON CORPORATION,

                Defendant.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07 C 0460

ASSIGNED JUDGE:  LINDBERG

DESIGNATED
MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)   Any duly authorized representative or agent of

The Thomson Corporation
Metro Center
One Station Place
Stamford, CT  06902

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Hosteny
Niro, Scavone, Haller & Niro
181 West Madison Street – Suite 4600
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

CLERK

JAN 2 5 2007

DATE

[signature illegible]

BY DEPUTY CLERK

# Affidavit of Process Server

_Timebase Pty Ltd_ vs _The Thomson Corp._   07 C 0460
PLAINTIFF/PETITIONER         DEFENDANT/RESPONDENT    CASE #

Being duly sworn. on my oath. I __Kevin Farina__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __The Thomson Corporation__
NAME OF PERSON/ENTITY BEING SERVED
with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ _Alias Summons and Complaint_

by serving (NAME) __Dori Harris - Assistant General Cunsel__

at ☐ Home _____
   ☐ Business __The Thomson Corporation__
   ☐ on (DATE) __01/30/2007__ at (TIME) __03:40 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the **office of** the **person/entity** being **served,** leaving same with the **person** apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and **Informing** that person of the general nature of the papers,
namely_____
☐ By **posting** copies in a conspicuous manner to the address **of** the **person/entity** being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at **the address(es)** listed above. I have been unable **to effect** process upon the **person/entity** being served because of the following **reason(s)**:
☐ Unknown at Address     ☐ Evading                       ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no **Forwarding**  ☐ Unable to **Serve** in a Timely Fashion

**Service Attempts:** service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

Description:
☐ Male     ☒ White Skin    ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lb.
  Female   ☐ Black Skin    ☒ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-6'3"    ☐ 100-130 Lbs.
           ☐ Yellow Skin   ☐ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"    ☐ 131-160 Lbs.
           ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.
                                                                                         XX 155 lbs

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Connecticut_   County of ~~Cook~~ _New Haven_

_____
SERVED BY
USA LLE PROCESS SERVERS
Kevin Farina

Subscribed and sworn to before me,
a notary public. this __5__ day of _February_ 20 _07_

_Linda J. Perlmutter_
NOTARY PUBLIC
_Linda J. Perlmutter_

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.