# EXHIBIT 1

Dockets.Justia.com

# THE THOMSON CORPORATION



## Annual Information Form

## For the Year Ended December 31, 2005

## March 1, 2006

**EXHIBIT**

1

tabbies®

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| 1. | FORWARD-LOOKING STATEMENTS | 2 |
| 2. | CORPORATE STRUCTURE | 3 |
| 3. | GENERAL DEVELOPMENT OF THE BUSINESS | 4 |
| 4. | DESCRIPTION OF THE BUSINESS | 5 |
| 5. | DIVIDENDS | 33 |
| 6. | DESCRIPTION OF CAPITAL STRUCTURE | 35 |
| 7. | MARKET FOR SECURITIES | 37 |
| 8. | DIRECTORS AND OFFICERS | 39 |
| 9. | LEGAL PROCEEDINGS | 46 |
| 10. | TRANSFER AGENT AND REGISTRARS | 46 |
| 11. | INTERESTS OF EXPERTS | 47 |
| 12. | ADDITIONAL INFORMATION | 47 |
|  | SCHEDULE A – AUDIT COMMITTEE CHARTER | A-1 |

In this annual information form, "Thomson," "we," "us" and "our" each refers to The Thomson Corporation and its consolidated subsidiaries unless the context requires otherwise.

Unless the context requires otherwise, references in this annual information form to "$," "US$" or "dollars" are to United States (U.S.) dollars. References in this annual information to "C$" are to Canadian dollars. In 2005, the average daily exchange rate was US$1.00 = C$1.21.

Information contained on our website or any other websites identified in this annual information form is not part of this annual information form. All website addresses listed in this annual information form are intended to be inactive, textual references only. The Thomson logo and other trademarks, trade names and service names of our company and our subsidiaries mentioned in this annual information form are the property of our company and our subsidiaries.

## 1.    FORWARD-LOOKING STATEMENTS

Certain statements included in this annual information form constitute forward-looking statements. When used in this annual information form, the words "anticipate," "believe," "plan," "estimate," "expect," "intend," "will," "may" and "should" and similar expressions, as they relate to us or our management, are intended to identify forward-looking statements. These forward-looking statements are not historical facts but reflect our current expectations concerning future results and events. These forward-looking statements are subject to a number of risks and uncertainties that could cause actual results or events to differ materially from current expectations, which include, but are not limited to:

- actions of our competitors;

- our failure to fully derive anticipated benefits from our acquisitions;

- failures or disruptions of our electronic delivery systems or the Internet;

- our failure to meet the special challenges involved in expansion of our operations outside North America;

- the failure of our significant investments in technology to increase our revenues or decrease our operating costs;

- our failure to develop additional products and services to meet our customers' needs, attract new customers or expand into new geographic markets;

- increased accessibility by our customers to free or relatively inexpensive information sources;

- our failure to maintain the availability of information obtained through licensing arrangements and changes in the terms of our licensing arrangements;

- changes in the general economy;

- our failure to recruit and retain high quality management and key employees;

- increased self-sufficiency of our customers;

- inadequate protection of our intellectual property rights;

- actions or potential actions that could be taken by our principal shareholder, The Woodbridge Company Limited, or Woodbridge;

- an increase in our effective income tax rate; and

- impairment of our goodwill and identifiable intangible assets.

These factors and other risk factors described in this annual information form represent risks that our management believes are material. Other factors not presently known to us or that we presently believe are not material could also cause actual results to differ materially from those expressed in our forward-looking statements. We caution you not to place undue reliance on these forward-looking statements that reflect our view only as of the date of this annual information form. We disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

2.    **CORPORATE STRUCTURE**

The Thomson Corporation was incorporated under the Business Corporations Act of Ontario, Canada by articles of incorporation dated December 28, 1977. We restated our articles on February 28, 2005. Our registered office is Suite 2706, Toronto Dominion Bank Tower, P.O. Box 24, Toronto-Dominion Centre, Toronto, Ontario M5K 1A1, Canada. Our principal executive office is at Metro Center, One Station Place, Stamford, Connecticut 06902, United States.

The following provides information about our intercorporate relationships with our principal subsidiaries as of December 31, 2005. As of that date, we beneficially owned, directly or indirectly, 100% of the voting and non-voting securities of each of these subsidiaries. Certain subsidiaries, each of which represents not more than 10% of the consolidated assets and not more than 10% of the consolidated revenues of our company, and all of which, in the aggregate, represent not more than 20% of the total consolidated assets and the total consolidated revenues of our company at December 31, 2005, have been omitted. Indentation indicates the voting securities are directly or indirectly owned by the subsidiary listed above. Our legal structure is not indicative of our operational structure.

| Subsidiaries | Jurisdiction of Incorporation |
|---|---|
| Thomson Canada Limited | Ontario, Canada |
|   Thomson U.S. Holdings Inc. | Delaware, U.S.A. |
|     THI (U.S.) Inc. | Delaware, U.S.A. |
|       Thomson U.S. Inc. | Delaware, U.S.A. |
|         The Thomson Corporation Delaware Inc. | Delaware, U.S.A. |
|         Thomson TradeWeb LLC | Delaware, U.S.A. |
|         Thomson Healthcare Inc. | Florida, U.S.A. |
|         Thomson Financial Holdings Inc. | Delaware, U.S.A. |
|           Thomson Financial Inc. | New York, U.S.A. |
|           Thomson Scientific Inc. | Pennsylvania, U.S.A. |
|           Thomson Legal & Regulatory Inc. | Minnesota, U.S.A. |
|             West Publishing Corporation | Minnesota, U.S.A. |
|             West Services Inc. | Delaware, U.S.A. |
|             Thomson Learning Inc. | Delaware, U.S.A. |
|             Thomson Professional & Regulatory Inc. | Texas, U.S.A. |
|         The Gale Group Inc. | Delaware, U.S.A. |
|         Thomson Holdings Inc. | Delaware, U.S.A. |
|         The MEDSTAT Group, Inc. | Delaware, U.S.A. |
| Thomson Holdings S.A. | Luxembourg |
|   Thomson Finance SA | Luxembourg |
|     Thomson Holdings B.V. | The Netherlands |
|       The Thomson Corporation PLC | England and Wales |
|         TTC (1994) Limited | England and Wales |
|         Thomson Legal & Regulatory Europe Limited | England and Wales |
|         Thomson Information & Solutions Limited | England and Wales |
|         Thomson Financial Limited | England and Wales |

3.    **GENERAL DEVELOPMENT OF THE BUSINESS**

### Overview

We are one of the world's leading information services providers to business and professional customers.  We generate revenues by supplying our customers with business-critical information solutions and services. We make our information more valuable by adding expert analysis, insight and commentary, and couple it with software tools and applications that our customers can use to search, compare, synthesize and communicate the information.  To further enhance our customers' workflows, we increasingly deliver information and services electronically, integrate our solutions with our customers' own data, and tailor the delivery of information to meet specific customer needs.  As we integrate critical information with analysis, tools and applications, we place greater focus on the ways our customers use our content, rather than simply on selling the content itself. We are increasingly enabling our customers' decisions in addition to informing them. Our common shares are listed on the Toronto Stock Exchange and the New York Stock Exchange under the symbol "TOC".

### Recent Developments

As a global company that provides services in approximately 130 countries, we are affected by economic and market dynamics, government regulations and business conditions for each market and country in which we operate.  Our business continues to evolve in conjunction with the changes in our customers' workflows. Our customers' increasing desire for information, along with their increasing technological sophistication, has translated into gains in strategically important areas of our business, such as electronic products, software and services.  During the past few years, we have concentrated on driving efficiencies, primarily through leveraging resources, which has helped us increase our profitability. During the last three years, we also generated significant cash flow from operations, reflecting our strong results and the quality of our earnings. However, some markets in which we compete have in particular experienced difficult economic conditions and strong competition, which have led to increasing pricing pressures and affected revenue growth.

We regularly make tactical acquisitions that complement our existing information businesses. For many of our acquisitions, we purchase information or a product or service that we integrate into our operations to broaden the range of our offerings.  As alternatives to the development of new products and services, these acquisitions often have the advantages of faster integration into our product and service offerings and cost efficiencies.

In 2003, 2004 and 2005, we completed 119 acquisitions for an aggregate cash outlay of approximately $1.8 billion.

- In 2003, we completed 28 acquisitions for an aggregate cash outlay of approximately $211 million. In 2003, our largest acquisition was Elite Information Group, a provider of practice management software to law firms that we acquired for $101 million.

- In 2004, we completed 56 acquisitions for an aggregate cash outlay of approximately $1.3 billion. In 2004, our largest acquisition was Information Holdings Inc. (IHI), a provider of intellectual property and regulatory information, which we purchased for $445 million, net of cash and cash equivalents received. We also acquired TradeWeb, an online trading platform for fixed income securities, for $361 million, net of cash received, plus contingent payments of up to $150 million over a three year period ending in 2007 based on the achievement of certain growth targets. In 2005, we paid $50 million in contingent consideration associated with this acquisition.

- In 2005, we completed 35 acquisitions for an aggregate cash outlay of approximately $289 million. These acquisitions were tactical in nature and our reduced acquisition

activity was primarily due to a focus on integrating our prior year acquisitions. We did not purchase any individual business for more than $75 million.

These acquisitions further strengthened our leadership position, expanded our product offerings and have enabled us to enter adjacent markets and tap new revenue streams.

During 2003, 2004 and 2005, we also completed 16 dispositions for aggregate consideration of approximately $1.0 billion. The more significant of these dispositions were the sale in 2003 of our 20% interest in Bell Globemedia for $279 million and the sale of our healthcare magazines for $135 million. In 2004, we sold the Thomson Media group, a provider of largely print-based information products focused on the banking, financial services and related technology markets, for $350 million. Our other large divestitures in 2004 were the sales of DBM, a provider·of human resource solutions, and Sheshunoff Information Services, a provider of critical data, compliance and management tools to financial institutions. In 2005, we decided to sell our scientific and healthcare group's American Health Consultants business, a medical newsletter publisher and medical education provider. This sale is expected to take place during 2006.

In February 2006, our Board of Directors approved our plan to dispose of three separate businesses within our Thomson Learning market group. These businesses are Peterson's, a college preparatory guide, the U.S. operations of Thomson Education Direct, a consumer-based distance learning career school and K.G. Saur, a German publisher of biographical and bibliographical reference titles serving the library and academic community. The combined annual revenues of these businesses in 2005 were approximately $145 million.

During the last few years, we have undertaken a significant initiative to increase the awareness of the Thomson brand, which has involved linking the Thomson name with our many well recognized product and service brands. We believe that heightened awareness of the Thomson brand will become a significant asset in supporting our global growth initiatives.

## 4. DESCRIPTION OF THE BUSINESS

### Overview

We serve customers principally in the following sectors: law, tax, accounting, higher education, reference information, corporate e-learning and assessment, financial services, scientific research and healthcare. We believe these sectors are fundamental to economic development globally and consequently have the greatest potential for consistent long-term growth.

We have a leading market position and well recognized and respected brands in each of our principal markets. Our revenues in 2005 were approximately $8.7 billion and we derived approximately 65% of our revenues from subscription and other similar contractual arrangements, which are generally recurring in nature. In 2005, we derived 83% of our revenues from our operations in North America.

We use a variety of media to deliver our products and services to our customers. Increasingly, our customers are seeking products and services delivered electronically and are migrating away from print-based products. We deliver information electronically over the Internet, through dedicated transmission lines, CDs and, more recently, through handheld wireless devices. Electronic delivery of our products and services improves our ability to provide additional products and services to our existing customers and to access new customers around the world. In 2005, electronic, software and services comprised 69% of our revenues.

While we are a Canadian company, our operational headquarters are based in Stamford, Connecticut. Our corporate center initiates and executes strategy and manages other company-wide functions. We organize our operations in four market groups that are structured on the basis of the customers they serve:

- Thomson Legal & Regulatory;

- Thomson Learning;

- Thomson Financial; and

- Thomson Scientific & Healthcare.

By centralizing key functions in our corporate center, we foster a company-wide approach while allowing our market groups sufficient operational flexibility and scope for initiative in dealing with customers. In addition to identifying new business opportunities and acquisitions, our corporate center oversees the planning processes of our market groups and their implementation of strategy and assesses their performance. Our corporate center develops and executes capital strategy, including tax planning, and determines our overall direction on technology. In addition, our corporate center is responsible for appointing senior executives and overseeing their training and development. The following table summarizes certain information about our four market groups relating to our 2005 revenues, the countries in which they operated and the number of their employees as of December 31, 2005.

### Market Groups – Operations

|  | 2005 Revenues (1) | % of Revenues | % of Revenues from Electronic, Software and Services | Countries | Employees |
|---|---|---|---|---|---|
| Thomson Legal & Regulatory .................... | $3,491 | 40% | 68% | 22 | 17,300 |
| Thomson Learning....... | $2,319 | 26% | 37% | 39 | 9,400 |
| Thomson Financial ...... | $1,897 | 22% | 98% | 22 | 8,700 |
| Thomson Scientific & Healthcare................ | $1,018 | 12% | 87% | 26 | 4,700 |

_____

(1) In millions of U.S. dollars.

In the first quarter of 2005, Thomson Legal & Regulatory transferred its Dialog DataStar business to Thomson Scientific & Healthcare. Revenue amounts, percentages and other data in the table above and elsewhere in this section reflect this transfer, as if Dialog DataStar was part of Thomson Scientific for all of the periods presented. In addition, in the tables included in the market group descriptions below, where brands are principally associated with products and services offered in countries other than the United States, the countries are indicated in parentheses.

**Thomson Legal & Regulatory**

*Overview*

Thomson Legal & Regulatory is a leading provider of information solutions to legal, tax, accounting, intellectual property, compliance and other business professionals, as well as government agencies. We offer a broad range of products and services that utilize our electronic databases of legal, regulatory and business information and news.  We are also one of the largest publishers of legal textbooks and materials. Our offerings also include software to assist lawyers and accountants with practice management functions, including document management, case management and other back office functions, and software that assists tax professionals with preparing and filing tax returns. We also offer Internet-accessible legal directories, website creation and hosting services and law firm marketing solutions to assist our customers in their client development initiatives, continuing legal educational programs and we provide strategic consulting advisory services to the legal industry.  In 2005, we provided products and services to each of the 100 largest law firms in the world in terms of revenues and our databases are some of the largest in the world.

Thomson Legal & Regulatory divides its businesses between:

- North American Legal;

- Thomson Tax and Accounting; and

- TLR International.

In 2005 and 2004, Thomson Legal & Regulatory generated revenues of approximately $3.5 billion and $3.3 billion, respectively. The following table provides additional information regarding Thomson Legal & Regulatory's revenues in 2005 and 2004.

| | % of Total Revenues | |
|---|---|---|
| | **2005** | **2004** |
| North American Legal | 68% | 68% |
| Thomson Tax and Accounting | 15% | 15% |
| TLR International | 17% | 17% |
| | | |
| Electronic, software and services | 68% | 65% |
| From North America | 85% | 84% |
| Recurring/subscription-based | 85% | 85% |

*Products and Services*

*North American Legal*

As a result of our West business, we are the leading provider in the United States of legal information-based products and services. The following provides information about our major North American Legal brands.

| Major Brands | Principal Products and Services | Customers |
|---|---|---|
| West<br>Westlaw<br>LIVEDGAR<br>Carswell (Canada) | Legal information-based products and services | Lawyers, law students, law librarians, trademark professionals, legal professionals |
| Thomson Elite<br>West km<br>ProLaw | Law firm management software | |
| Hildebrandt International | Strategic consulting advisory services | |
| FindLaw<br>HubbardOne<br>LegalWorks | Web-based legal directory, website creation and hosting services and law firm marketing solutions | |
| Foundation Press<br>West Law School Publishing<br>BAR/BRI<br>West LegalEdcenter | Textbooks, study aids, bar review courses, continuing education materials and seminars | |
| Business Intelligence<br>NewsEdge<br>Profound | Online collection of databases and tools to support news, broker research and market research | Business professionals, lawyers and consultants |

We provide legal and regulatory solutions to virtually every large law firm, significant government institution and law school in the United States and to small and medium-sized law firms and corporate in-house legal professionals. Our information includes case law, statutes, administrative material, law reviews and treatises, lawyer profiles, legal commentary, news, public records and legal forms, in electronic and print formats. Our North American Legal businesses offered our customers the information they need from over 28,000 databases as of December 31, 2005.

Our West business publishes cases, statutes and other legal information and enhances them with headnotes, synopses, key numbers and other editorial enhancements prepared by our staff of lawyers and editorial professionals. These editorial enhancements facilitate more productive researching by our customers.

Westlaw is our primary online delivery platform. Westlaw offers numerous search features and navigation tools that enable our customers to search databases that are relevant to them to research points of law, build tables of authorities or search for other topically related commentary. Using *mywestlaw.com*, our customers can customize Westlaw by focusing on specific jurisdictions or practice areas. Our offering of *mywestlaw.com*, together with increased use of the Internet, has allowed us to further penetrate the market for smaller and specialized law firms. In 2005, we continued to enhance Westlaw Litigator, a service designed to assist attorneys in evaluating and investigating cases and preparing for trial. With Westlaw, we also offer KeyCite, an online citation research service that, among other things, enables our customers to trace the history of a case, statute, administrative decision or regulation to determine if it is still authoritative, retrieve a list of cases that cite a particular case or compile a table of authorities. Our acquisition of Global Securities Information (GSI)'s LIVEDGAR in 2005 enhanced our ability to provide

corporate and transactional lawyers with value-added services for preparing and completing commercial transactions.

Carswell provides integrated knowledge and business solutions for the legal, finance and human resources markets in Canada. Online delivery to the legal market is provided through eCarswell.

Thomson Elite offers a broad range of software that assists law firms and government agencies of all sizes with front and back office management functions, including document management, case management, general ledger accounting, timekeeping, billing and records management. We have integrated Thomson Elite with our ProLaw, West km and Law Manager businesses to offer a broad legal software suite of products. While our software customers are primarily based in the United States, Thomson Elite is currently expanding internationally.

Our FindLaw business offers client development services in the United States that include legal directories, website development, marketing solutions, legal news, a legal career center and other legal resources. FindLaw charges law firms a fee to be included in its online legal directories but users may search its legal directories and other products and services free of charge. FindLaw provided website design and hosting services to more than 6,500 law firms in 2005.

Hildebrandt International, which we acquired in 2005, is a leading provider of strategic consulting advisory services to the legal industry. Hildebrandt provides strategic advice to law firms, corporate law departments and government law departments throughout the world.

Our West Education Group is a leading provider of educational solutions to legal professionals and law students in the United States. Through BAR/BRI, we provide bar examination review courses and materials. We also have a legal textbook publishing business with over 1,600 titles in 2005, making us a leading provider of casebooks and other learning materials to law students in the United States. Our West LegalEdcenter provides online continuing legal education materials and offers one of the largest selections of video and audio continuing legal education programs on the Internet, including approximately 19,000 hours of U.S.-accredited content as of December 31, 2005.

Through Business Intelligence, NewsEdge and Profound, we also provide online business information, news and tools to business professionals, lawyers and consultants.

*Thomson Tax and Accounting*

We provide tax and accounting professionals with regulatory information, software, services, tools and applications to assist them in their daily work. We are one of the leading online suppliers of this type of information in the United States. The following provides information about our major tax and accounting brands.

| Major Brands | Principal Products and Services | Customers |
| --- | --- | --- |
| RIA<br>Quickfinder<br>Checkpoint<br>PPC | Tax and accounting information-based products and services | Accountants, lawyers, consultants, tax practitioners |
| Creative Solutions<br>InSource<br>GoSystem<br>Fast-Tax<br>UltraTax<br>Tax Partners | Tax and accounting software and services | |

Our tax and accounting information is available in both print and electronic formats. Our online tax product, Checkpoint, provides our customers with increased speed of service and the flexibility to link to a broad collection of databases. We continue to add additional content and embedded tools in this area.

Through Creative Solutions, we offer software products that perform payroll, write-up, bookkeeping, audit and practice management functions and enable our customers to interact with their clients through the Internet. In addition, our UltraTax software assists our customers in the preparation of tax returns and enables them to file tax returns electronically. Through our Fast-Tax business, we provide our customers with a specialized range of products for managing trust accounting, from tax preparation software to complete tax preparation services. In 2005, we acquired Tax Partners to provide sales and use tax outsourcing services. Our tax and accounting business is currently focused on developing integrated research and workflow solutions utilizing products from our software business and our information businesses to create a broader offering to tax and accounting professionals.

While our tax and accounting customers are primarily in the United States, we also sell our products internationally on a limited basis through both our RIA business and other Thomson companies.

*TLR International*

Through TLR International, we provide services to a number of markets primarily outside of North America. The following provides information about TLR International's major brands.

| Major Brands | Principal Products and Services | Customers |
| --- | --- | --- |
| Westlaw (1)<br>Sweet & Maxwell (U.K., Asia)<br>ELLIS (The Netherlands)<br>Aranzadi (Spain)<br>Civitas (Spain)<br>Karnov (Denmark and Sweden)<br>Lawpoint (Australia)<br>Lawbook (Australia)<br>Brookers (New Zealand)<br>La Ley (Argentina)<br>Sintese (Brazil)<br>Lawtel (U.K.)<br>Consult GEE (U.K.) | Legal information-based products and services | Lawyers, law students, law librarians, trademark professionals, legal professionals |
| IOB (Brazil) | Tax, legal and accounting information-based products and services | Accountants, lawyers, consultants, tax practitioners |
| Compu-Mark (Europe)<br>Brandy (Japan)<br>O. Gracklauer (Germany)<br>Thomson & Thomson | Trademark search and protection information services | Business, legal and trademark professionals |

(1) United Kingdom, Australia, Canada, Denmark, Hong Kong, Spain and Sweden.

TLR International operates legal information businesses in Argentina, Australia, Brazil, Canada, Denmark, France, Hong Kong, Ireland, the Netherlands, New Zealand, Spain, Sweden and the United Kingdom through local operations and in Switzerland through a joint venture. Through these businesses, we provide a range of primary materials, such as case law and statutes, and secondary materials, including treatises and legal commentary specific to the countries in which we operate.

Westlaw UK offers a combination of legal information from the United Kingdom and the European Union that we derive from our legal publishing businesses in those jurisdictions, together with information licensed from third parties. We also operate Lawtel, the leading U.K. online current awareness and legal information service. As a result of the continued growth of Westlaw and Lawtel, 99 of the largest 100 U.K. law firms subscribed to our online services in 2005.

In addition, we offer country-specific online legal services in Argentina, Australia, Denmark, Hong Kong, Spain, Sweden and the United Kingdom. In each case, we offer local content, owned or licensed by our operations in that region, supplemented with relevant information from other regions of the world, such as our databases of European Council directives maintained by our ELLIS business unit.

In addition to launching customized online legal services in various countries, we also provide a basic Westlaw service, known as Westlaw International. Through Westlaw International, we are able to offer our current online products and services to customers in markets where we may not have an existing publishing presence or have not yet developed a fully customized Westlaw service. As of December 31, 2005, we provided Westlaw International in 42 countries.

Our IOB business provides tax, legal and regulatory information to accountants, lawyers and tax practitioners throughout Brazil.

Through Thomson Compu-Mark, we operate various trademark-related businesses - Compu-Mark, Brandy, O. Gracklauer and Thomson & Thomson. Through these businesses, we maintain databases containing all current trademark registrations in the United States, Australia, Canada, Japan, Malaysia, Mexico, Singapore, South Korea and most European countries. We also offer a wide range of products and services that cover all aspects of developing and protecting trademarks, including enabling customers to screen them, determine their availability, protect them from infringement and search domain names.

### Technology

Thomson Legal & Regulatory maintains a sophisticated electronic infrastructure and highly developed online systems and support capabilities to provide our customers with electronic products and services primarily through the Internet. In 2005, we completed the upgrade of our primary data center in Minnesota to support continued business growth and operating efficiencies. From our primary data center, we have the capacity to handle over 40 million transactions per day. We have successfully developed and are continuing to implement Novus, the next generation of our online delivery platform, which utilizes new and highly scalable technologies resulting in significantly enhanced capabilities. This platform allows us to more easily combine content from our various online services, reduce product delivery costs and reduce development time for new products and services. Our company is increasingly using the Novus platform for our other market groups. We continue to upgrade and standardize our applications and infrastructure, enabling us to enhance our ability to market and sell our products over the Internet. As greater numbers of people are turning to the Internet with an expectation of instantaneous access to current information, it has fueled demand for online products and services.

### Competition

Our primary global competitors in the legal and regulatory information market are Reed Elsevier (which operates Lexis-Nexis) and Wolters Kluwer NV with which we compete in the United States and in most of the other countries in which we operate. Our major competitors continued to pursue acquisitions in 2005, primarily in North America and Europe. We also compete with other domestic competitors in the United States and in our international markets for legal and regulatory information, practice management and tax software and client development services.

# EXHIBIT 2

**THOMSON** ™

| HOME | ABOUT US | PRODUCTS & SOLUTIONS | PRESS ROOM | INVESTOR RELATIONS | CAREERS | CONTACT US |

FINANCIAL
HEALTHCARE
LEARNING
LEGAL
SCIENTIFIC
TAX & ACCOUNTING

Search ___ in  Thomson.com ⇕  GO   Advanced Search

**ABOUT US**

**About Us**

Vision
Management
Executive Presentations
Our Businesses
History
Community Involvement
Locations

**Products & Solutions**

**Press Room**

**Investor Relations**

**Careers**

**Contact Us**

Home :

 

ABOUT US



**Printer-Friendly Format**

**Interactive Timeline**

View interactive timeline (Flash plugin required)



**The Thomson Story**

Download a copy of "Into the New Millennium", the story of The Thomson Corporation in the 20th Century. (3.3 MB PDF, Acrobat Reader required to view)

**The Thomson Corporation is a leading global provider of integrated information-based solutions to business and professional customers.**

Thomson provides value-added information, with software tools and applications that help its customers make better decisions, faster. We serve professionals in the fields of law, tax, accounting, financial services, scientific research and healthcare.

As part of an organizational realignment announced October 26, 2006, Thomson announced its intention to divest the entirety of its Thomson Learning business, including those businesses serving the higher education, careers, library reference, corporate e-learning and e-testing markets. The Thomson Learning sales process is ongoing and is expected to be concluded in the second quarter of 2007. Financial results for Thomson Learning can be found here.

The Corporation's common shares are listed on the New York and Toronto stock exchanges (NYSE: TOC; TSX: TOC).

**AT A GLANCE**

- 2006 revenues from continuing operations: US $6.6 billion; 8% over prior year
  - 80% of total revenues derived from electronic products, software and services
  - 82% of total revenues derived from subscription-based products and services

- 33,000 employees

- Headquarters in Stamford, CT USA, with operations in 37 countries

**COMPANY STRUCTURE**

The Thomson Corporation is organized into five segments:



**Key Dates**

**April 26, 2007**
Announce 1Q 2007 Results

**May 2, 2007**
Annual Meeting of Shareholders

**July 26, 2007**
Announce 2Q 2007 Results

**October 25, 2007**
Announce 3Q 2007 Results



**Thomson Press Releases**

20 FEB 2007
Webcast Alert: The Thomson Corporation to Present at RBC

EXHIBIT
2

## LEGAL

2006 REVENUES $ 3.1 billion

MARKETS
Legal, intellectual property, professional & government

EMPLOYEES 14,600

MAJOR BRANDS
Westlaw, FindLaw, Elite, Carswell, Sweet & Maxwell



Corporation to Present at RBC Communications, Media & Technology Conference

15 FEB 2007
Thomson Financial Acquires eXimius For Integrated Private Client Investment Management Offering

## FINANCIAL

2006 REVENUES $ 2.0 billion

MARKETS
Financial professionals, investment bankers, stock brokers, portfolio managers & corporate officers

EMPLOYEES 9,300

MAJOR BRANDS
Thomson ONE, AutEx, TradeWeb, Datastream, StreetEvents





### Corporate Headquarters

**The Thomson Corporation**
Metro Center
One Station Place
Stamford, CT 06902
USA
Tel: +1 203 539 8000
Fax: +1 203 539 7734
Email

## TAX & ACCOUNTING

2006 REVENUES $ 0.6 billion

MARKETS
Tax, accounting, compliance, professional & government

EMPLOYEES 2,900

MAJOR BRANDS
RIA, PPC, Fast-Tax, Creative Solutions, Checkpoint

## SCIENTIFIC

2006 REVENUES $ 0.8 billion

MARKETS
Researchers, scientists, professional, academic & government

EMPLOYEES 2,500

MAJOR BRANDS
Thomson Pharma, ISI Web of Knowledge, Delphion

## HEALTHCARE

2006 REVENUES $ 0.4 billion

MARKETS
Researchers, healthcare professional, academic & government

EMPLOYEES 2,700

MAJOR BRANDS
Micromedex, Medstat, PDR, Solucient

Privacy Statement | Terms of Use | Copyright Notices

# **EXHIBIT 3**

# THOMSON

™

## WEST

Search Products [_____] **GO**    ⛟ Items in cart: 0   [ VIEW CART ]

**Advanced Product Search**

| HOME | PRODUCTS & SERVICES | **WESTLAW INFORMATION** | MY ACCOUNT | CUSTOMER SUPPORT | ABOUT WEST |

Home   Westlaw Information   Westlaw PastStat Locator

**Browse Products by...**

» Topic
» Jurisdiction
» Product Type
» What's New

**Find a Specific...**

» Title
» Author

**Popular Destinations**

» Current Promotions
» Free Newsletters
» Filing Instructions
» User Guides
» Software Downloads
» Careers at West
» Find Your Rep
» Westlaw® Sign-On

## The most advanced way to look back.

**PastStat Locator on Westlaw provides instant access to exact historical statutory versions.** With the PastStat Locator interface tool, you now have a fast, reliable way to see how a statute existed on a particular date – and see how it has evolved over time.

### Which version of a statute was in effect when your client's legal issue arose?

By the time a legal issue reaches you, it's not the current code that matters. It's the law as it stood when your client's offense, transaction, injury or other legal matter took place.

Statutes aren't static. They are continuously amended, revised, overruled, and superseded. Finding the exact text of a statute as it existed on a particular date was an onerous and time-consuming task – until now.

### Renumbered statutes? Future effective dates? Not a problem.

PastStat Locator also tracks re-numbered statute sections, so you can see how your statute has changed – and even see what code section took its place.

It works forward too – many statutes and amendments are passed with a future effective date. PastStat Locator will tell you when a statute or amendment is due to take effect. Similarly, it will tell you the date it is due to lapse.

### Nine Key Jurisdictions covered.

PastStat Locator will instantly deliver previous versions of statutes in nine key jurisdictions:

- **United States Code Annotated®**, with versioning coverage back to January 1, 1996
- **West's® Annotated California Codes**, with versioning coverage back to January 1, 1999
- **West's® Florida Statutes Annotated Library**, with versioning coverage back to January 1, 2000
- **West's® Smith-Hurd Illinois Compiled Statutes Annotated™** with versioning coverage back to January 1, 2000
- **Massachusetts Statutes Annotated,** with versioning coverage back to January 1, 2000

### Legislative History Content on Westlaw

Sometimes words alone aren't enough. No matter how carefully a statute is worded, its text simply cannot convey all the political nuances, negotiations, revisions and debate that went into its creation.

Legislative history databases on Westlaw fill these critical gaps. They help you interpret the provision's true intent and meaning and provide an essential foundation for your legal argument.

» More on legislative history content

Statute research has never been easier. Westlaw StatutesPlus™ makes it easier to find, read, verify and interpret statutes by presenting all relevant information in one place.
» More on StatutesPlus

Call for more info
To request a personal demonstration or additional information, contact your West representative or call
» **1-800-227-0721**

 Email this page

**EXHIBIT**

tablet

3



- **New Jersey Statutes Annotated Library**, with versioning coverage back to January 1, 2000
- **McKinney's Consolidated Laws of New York Annotated®**, with versioning coverage back to January 1, 1999
- **Purdon's Pennsylvania Statutes Annotated and Purdon's Pennsylvania Consolidated Statutes Annotated**, with versioning coverage back to January 1, 2000
- **Vernon's® Texas Statutes and Codes Annotated™**, with versioning coverage back to January 1, 2000

**Three intuitive ways to start using this powerful tool – right now.**

1. **From the Westlaw search screen.** Search using natural language or Terms and Connectors as you would any Westlaw database. Then simply fill in the "effective date" on the provided template and view a result list of statute versions that match your terms and date.
2. **From the Table of Contents.** Start at the Table of Contents and type in an "effective date" in the provided template. This powerful search engine will then automatically and dynamically rebuild the entire TOC as it existed on that day.
3. **From the code section.** Start with your code section and click on "Versions" from the Links tab.

Contact Us   |   Site Map   |   Accessibility   |   Privacy   |   © 2007 West   |   Thomson   |   Thomson - Legal



reveal + connect + discover + understand + evolve



## StatutesPlus™
## PastStat Locator™
### Covering Illinois

**Instant access to historical statutory versions in key jurisdictions**

Now you have unlimited access to an online library that delivers the exact version of a statute as it existed on a specific day.

**Imagine the time you'll save!**

Statutes are continually amended, revised, overruled, and superseded. Now you can instantly find the version of the code that was in effect when your client's offense, injury, or other legal matter took place.

**Introducing PastStat Locator, available exclusively on Westlaw®**

Coverage in this library includes:

• Illinois state statutes, versioning coverage back to January 1, 2000

**Track renumbered statutes**

PastStat Locator shows you how your statute has changed – and what statute section took its place.

**PastStat Locator works forward in time as well**

PastStat Locator will tell you when a statute or amendment is due to take effect. Similarly, it will tell you the date it is due to lapse.

**Three easy access points to find the statute version you need:**

• Start with your statute section and click on "Versions" from the Links tab (shown here)

• Start at the Table of Contents and type in a date (shown on back)

• Search using an "effective" date (shown on back)

### As easy as A–B–C

Look how quickly you can find the exact text of a statute as it existed on a particular date.



**A.** Once you find the code section that applies to your legal issue …

**B.** … click here in the left pane on "Versions."

**C.** View a list of past versions. One click and you link to the full text of the statute as it existed on a particular date.

reveal ✦ connect ✦ discover ✦ understand ✦ evolve

# StatutesPlus
## PastStat Locator
### for Illinois

Besides the method shown on the front side, here are two other ways of finding the exact version of a statute. In this library, you have unlimited use of PastStat Locator for Illinois state statutes.

**Coverage in this library includes:**
- **Illinois** – Contains *West's® Illinois Statutes Annotated™* Versions back to January 1, 2000.

**1. Search for past statutes via the Table of Contents**

PastStat Locator will also rebuild the Table of Contents and show you how it existed on a particular date.

**A.** Go to the Table of Contents.

**B.** Put in your effective date.

**C.** PastStat Locator will rebuild the entire TOC as it existed on that day.



**2. Or search by "effective" date**

Perhaps easiest of all, you can search using the same methods you would for any Westlaw database – either Natural Language or Terms and Connectors.

**A.** Simply fill in this template with a date.

**B.** And see the statute as it existed on that date.




Visit **west.thomson.com**

# Graphical Statutes™

Graphical Statutes revolutionizes statute research by charting legislative changes and linking related documents in an easy-to-read display. From a single screen, you can easily track changes in the law, locate relevant legislative history materials, read important case law, and check for possible amendments. Graphical Statutes will show you

- Prior versions of statutes

- Links to enacting and amending public laws

- Relevant legislative history materials, such as bill drafts, reports, journals, and the *Congressional Record*

- Cases that negatively impact a statute*

- Legislation that has been enacted but has not yet been codified

- Future text of a statute not yet in effect

The Graphical Statutes service is available for the *United States Code Annotated*® (USCA®) and selected state jurisdictions. Coverage dates vary. Versions of a statute in effect prior to the beginning coverage date are displayed in chronological order on the statute's timeline with the note [See Credits]. Refer to the statute's Credits for more detailed information. Your plan may not include Graphical Statutes or extra charges may apply.

To view a statute's history in the graphical view, click **Graphical Statutes** on the Links tab in the split screen view, or at the top of the document in a full-screen view.

Westlaw is available on the Web at **www.westlaw.com.**

For technical assistance call West Customer Technical Support at **1-800-WESTLAW** (1-800-937-8529).

For search assistance, call the West Reference Attorneys at **1-800-REF-ATTY** (1-800-733-2889).

If you are a law student call **1-800-850-WEST** (1-800-850-9378) for assistance.

Click **Graphical Statutes** in the Links tab to display the statute's history in graphical view.



8 U.S.C.A. § 1189 in split-screen view

The Graphical Statutes timeline displays changes to a statute in an easy-to-read chart. The timeline is organized by effective date and tracks prior, current, and future versions of the statute. Each prior version is linked to its enacting or amending public law(s), legislative history materials, and significant case law. Current versions of the statute are also displayed with their related public laws and legislative history materials, as well as proposed legislation. Legislation enacted but not yet codified is displayed on the timeline, as well as future text. Arrows to the left and right of the timeline move you forward and backward through the statute's history.

In the example below, 8 U.S.C.A. § 1189 was originally enacted April 24, 1996. It was amended, and that version was in effect from September 30, 1996, to October 20, 2001. The version effective on October 21, 1996, was in effect until December 16, 2004. The version effective on December 17, 2004 is the current version.



Graphical Statute result for 8 U.S.C.A. § 1189





THOMSON
WEST

Search Products [_____] [ GO ]     Items in cart: 0   [ VIEW CART ]
Advanced Product Search

HOME     PRODUCTS & SERVICES     **WESTLAW INFORMATION**     MY ACCOUNT     CUSTOMER SUPPORT     ABOUT WEST

Home   Westlaw Information   Westlaw RegulationsPlus

**Browse Products by...**
» Topic
» Jurisdiction
» Product Type
» What's New

**Find a Specific...**
» Title
» Author

**Popular Destinations**
» Current Promotions
» Free Newsletters
» Filing Instructions
» User Guides
» Software Downloads
» Careers at West
» Find Your Rep
» Westlaw® Sign-On

## Westlaw® RegulationsPlus™

**Take your regulatory research to a new level of ease, speed, thoroughness and confidence.** Westlaw RegulationsPlus offers federal regulations *plus* innovative search tools and analytical aids.

**How can RegulationsPlus help my practice?**

The new RegulationsPlus on Westlaw is a regulation-research breakthrough making it easier than ever to:

- Locate a relevant Code of Federal Regulations (CFR) section
- Find interpretative cases and administrative opinions
- Validate the status of a CFR section
- View Federal Register Summary information
- Access archival Federal Register content
- Find Statutory authority
- Feel confident your research is complete!

**Why choose RegulationsPlus?**

**It makes finding regulations faster, easier, and more productive.**

- **West Online CFR Index - New!**
  Created by West attorney-editors, this timesaving new index includes more than 1 million references, arranged by topic and linked directly to CFR sections.

**You'll find analyzing regulations is faster, easier and more thorough.**

- **CFR Notes of Decisions - New!**
  More than 600,000 editorially created Notes of Decisions outline and summarize federal case law interpreting CFR sections. Each note includes links to the case itself, as well as to West's Topic and Key Number System, to help you find related cases.

- **Links to related code sections - Enhanced!**
  CFR sections are linked to cited sections and sub-sections of the U.S. Code, allowing you to move seamlessly between these two sources.

- **Regulatory-text appearance - Improved!**
  For enhanced readability, we've increased white space around the text and provided a cascading preliminary field

- **KeyCite® - Improved!**
  KeyCite flags alert you when a CFR regulation has changed or is subject to proposed changes. Links are available to relevant sections of the Federal Register. In addition, you can monitor specific CFR sections and receive automatic notification of changes or proposed changes.

To learn more, visit our online demonstrations

» RegsPlus Product Demo
» RegsPlus Corporate Demo
» RegsPlus Corporate Tax Demo

**Call for more info**
**To request a personal demonstration or additional information, contact your West representative or call 1-800-227-0721.**

» **Find Your Rep**

 Email this page

 Printable version

- **Access to administrative-agency content - New!**
  While viewing a regulation, link to relevant agency manuals, guidelines, bulletins and other agency content that help you interpret the regulation.

- **Easy access to agency decisions - New!**
  While viewing a regulation, link to relevant administrative decisions from more than 150 agency databases.

- **Summaries of historical Federal Register Content - New!**
  Includes summaries back to 1981 for the section being viewed, and allows you to link to the full text of the Federal Register.

- **Access to archival Federal Register in searchable PDF - New!**
  Current coverage to the 1950s. Coverage will soon extend back to 1936.

- **Prior versions link - New!**
  Provides links to CFR versions since February 2005, to future versions, or to renumbered CFR versions — so you know how a CFR section appeared at a specific point in time.

- **Federal Agency Tracking Service - New!**
  Lets you track agency actions from the Federal Register, as well as agency opinions and decisions from more than 200 agency databases on Westlaw.

- **Easy, left-frame navigation - New!**
  The left frame of RegulationsPlus provides easy navigation to fully integrated content, just as it does in StatutesPlus. Which means nearly everything you need to find or analyze federal regulations is available in a convenient, "one-stop" location!

For more information contact your West representative.

» Find Your Rep

Contact Us    |    Site Map    |    Accessibility    |    Privacy    |    © 2007 West    |    Thomson    |    Thomson - Legal

**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | Case No.  07 C 0460 |
| Plaintiff, | ) | |
| | ) | Honorable George W. Lindberg |
| vs. | ) | |
| | ) | |
| THE THOMSON CORPORATION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | | |

## DECLARATION OF JOSEPH N. HOSTENY

I, Joseph N. Hosteny, declare:

1.      I am one of the attorneys for TimeBase Pty Ltd. in this case.

2.      Exhibits 1, 2 and 3 are accurate copies of documents retrieved from the websites

noted, and via a computer located in Chicago, Illinois and connected to the internet.  Exhibit 1 is

not the entire document.  It includes only the cover and pages 1 to 11.

3.      The documents in Exhibit 3 discussing PastStat Locator reflect that the product

includes Illinois statutes, but not those of Minnesota.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.  Executed on February 26, 2007.

Joseph N. Hosteny

**EXHIBIT**

tabbies®

_____ 4

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | )    Case No.  07 C 0460 |
| Plaintiff, | ) |
| | )    Honorable George W. Lindberg |
| vs. | ) |
| | ) |
| THE THOMSON CORPORATION, | )    JURY TRIAL DEMANDED |
| | ) |
| Defendant. | |

## DECLARATION OF LEONIE MULDOON

I, Leonie Muldoon, declare:

1.     I am the Chief Executive Officer of TimeBase Pty Ltd, the plaintiff in this case. I have read the Declaration by Mr. Andrew Martens provided with Thomson's motion to transfer. I have knowledge of the facts provided in this declaration and could testify to them.

2.     I have access to, and am familiar with historical TimeBase corporate records, and such records indicate that in 2001 TimeBase negotiated with Thomson regarding a license including the TimeBase patent now asserted in the lawsuit, as well as rights in other countries. The negotiations were by letter and in meetings. Several persons represented Thomson in those negotiations, and in meetings. According to TimeBase's corporate records, the individuals, and their responsibilities as conveyed by them to TimeBase representatives at the meetings, were:

     a.  Mr. Tom Trenker, a Vice-President of Content;

     b.  Mr. Kevin Ritchey, a Vice-President for Outside Acquisitions;

     c.  Mr. John Lindstrom, a Vice-President for Global Strategy and a Technology Specialist;

1

**EXHIBIT**

5

    d.  Mr. Dan Dabney, a member of Thomson's Research and Development Team;

    e.  Mr. Forrest Rhoads, Strategic Product Development Primary and Secondary Materials;

    f.  Mr. Bruce Atkinson;

    g.  Mr. Reed Meyer; and

    h.  Andy Desmond, Vice-President Product Development Legal Research Centre

3.      During our communications, including meetings in Minnesota with the individuals named above, these individuals were given information about TimeBase's patent, and how the patented technology worked. They were also provided information about proposed licensing terms.

4.      The products of interest are PastStat Locator, RegulationsPlus, and Graphical Statutes in the United States and additional products in other countries.

5.      None of these persons is identified in Mr. Martens' Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on 26 February, 2007.



_____

Leonie Muldoon