IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br><br> Defendant. | Civil No. 07-460 <br> Judge Lindberg <br> Magistrate Judge Cole <br><br> **SECOND DECLARATION OF ANDREW MARTENS** |

I, Andrew Martens, declare as follows:

1. I am a Senior Vice President, New Product Development, at Thomson West. In that capacity, I am responsible for the design and development of West's products and services for legal professionals, including Westlaw®, West's online legal research service. I live in Minneapolis, Minnesota, and work at Thomson West's headquarters in Eagan, Minnesota. This declaration is submitted on behalf of The Thomson Corporation in support of its motion to transfer this action to the District of Minnesota. The facts recited herein are based on my personal knowledge or the business records of The Thomson Corporation, West Publishing Corporation, or West Services, Inc. unless otherwise stated.

2. This declaration responds to factual matters raised by Timebase in its February 26, 2007 response to The Thomson Corporation's motion to transfer venue.

3.  In Timebase's response brief, it identified seven individuals that it thought may have relevant information. Listed below are the seven individuals, their residence, and their employer:

    a.  Tom Trenker lives in the Minneapolis/St. Paul metropolitan area and works for West Services, Inc.

    b.  Kevin Ritchey lives in the Minneapolis/St. Paul metropolitan area and works for West Services, Inc.

    c.  John Lindstrom lives in Switzerland, but maintains a residence in the Minneapolis/St. Paul metropolitan area and regularly travels to Minneapolis/St. Paul for business. Mr. Lindstrom works for Thomson Global Resources.

    d.  David Dabney lives in Switzerland, but maintains a residence in the Minneapolis/St. Paul metropolitan area and regularly travels to Minneapolis/St. Paul for business. Mr. Dabney works for Thomson Global Resources.

    e.  Forrest Rhoads lives in Switzerland, but maintains a residence in the Minneapolis/St. Paul metropolitan area and regularly travels to Minneapolis/St. Paul for business. Mr. Rhoads works for Thomson Global Resources.

    f.  Bruce Atkinson lives in the Minneapolis/St. Paul metropolitan area and works for Thomson Legal & Regulatory Applications.

g.  Reid Meyer lives in Beldenville, Wisconsin and works for West Services, Inc. Beldenville, Wisconsin is approximately 37 miles from St. Paul, Minnesota and approximately 47 miles from Minneapolis.

h.  Andy Desmond is not employed by The Thomson Corporation, West Services, Inc., West Publishing Corporation, or any other Thomson West entity. Further, at the time of the meetings referenced in Leonie Muldoon's declaration, Mr. Desmond was not employed by any Thomson West entity and did not represent any Thomson West entity.

4.  "West Publishing Corporation" and "West Services, Inc.", the entities that are responsible for Westlaw and Westlaw related products, including the PastStat Locator product, maintain sales representatives and training staff in nearly every state with a major metropolitan area. For example, sales representatives and training staff are located in Minnesota, New York, Texas, California, Arizona, Florida, Massachusetts, Ohio, Pennsylvania, New Jersey, Colorado, Washington D.C., and Washington state.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 2, 2007, in Eagan, Minnesota.

*s/ Andrew Martens*
_____
Andrew Martens