# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 460 | **DATE** | 3/9/2007 |
| **CASE TITLE** | Timebase Pry Ltd. Vs. The Thomson Corporation | | |

**DOCKET ENTRY TEXT**

Defendant's motion to transfer venue to the District of Minnesota [10] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

Dockets.Justia.com