AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Timebase Pty Ltd.                                    **JUDGMENT IN A CIVIL CASE**

       v.                                      Case Number: 07 C 460

The Thomson Corporation

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is  transferred   to the District of Minnesota.

 

Michael W. Dobbins, Clerk of Court

Date: 3/9/2007                                    _____

                                          /s/ Sandra L. Brooks, Deputy Clerk

Dockets.Justia.com