

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

March 26, 2007

**FILED**
APR 0 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rich Sletten, Clerk of Court
U.S. District Court
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Dear Mr. Sletten:

RE:        Timebase Pty Ltd. v. The Thomson Corporation
Case No:   07 C 460 - Judge George W. Lindberg

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on March 9, 2007, by the Honorable George W. Lindberg. Enclosed is a certified copy of the transfer order and docket sheet.

As of **January 18, 2005 for civil and criminal cases**, Our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. **All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)**

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    s/ Haydee Pawlowski
       Deputy Clerk

Enclosures
New Case No. 07CV1687 JNE/JJG     Date 3/28/07

dockets.Justia.com