**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rich Sletten, Clerk of Court
   U.S. District Court
   202 U.S. Courthouse
   300 S. 4th Street
   Minneapolis, MN 55415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   _____   28 MAR
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. 7006 0100 0001 7313 0247    07C460

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED

APR 04 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES POSTAL SERVICE | First-Class Mail, Postage & Fees Paid, USPS, Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

Michael W. Dobbins, Clerk
U.S. District Court
219 South Dearborn Street
Room 2010 (07cv460)
Chicago, Illinois 60604

RECEIVED APR 0 4 2007